UNITED STATES DISTRICT COURT
SOUTHERN DIVISION OF ILLINOIS
EAST ST. LOUIS DIVISION

FILED
DEC 1 7 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:15-cv-90 NJR PMF |
| ) | |
| $220,020.00 IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## EXHIBIT #1

Claimant James Kirkham has manually filed a DVD with the Court, which contains a video file entitled "Video File M2U00322," as Exhibit #1 to his Response in Opposition to the United States of America's Motion for Summary Judgment. A copy of the video has also been provided to the Government.

Dated: December 17, 2015

Respectfully submitted,

By: _____
Attorney for Claimant, James Kirkham
Adam D. Fein
120 South Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/ (314) 862-8050
afein@rsrglaw.com

## CERTIFICATE OF SERVICE

By signature above, I further certify that on December 17, 2015, the foregoing was served by placing a copy in the U.S. Mail, First Class postage prepaid, on Ms. Jennifer D.L. Hudson, Assistant United States Attorney, 9 Executive Drive, Fairview Heights, IL 62208.